UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SCOTT HAIGHT, et al.

                Plaintiff(s),

- against -

THE WACKENHUT CORP.

                Defendant(s).
-----------------------------------------------------------X

03 CIV. 9870 (KTD) (GWG)

ORDER OF
DISCONTINUANCE

KEVIN THOMAS DUFFY, U.S.D.J.:

This cause having duly come on to be heard before me and the attorneys for all parties having appeared and advised the Court that all claims asserted herein have been settled, it is

ORDERED that the above entitled action be and hereby is discontinued without cost to either party subject to re-opening by either party within thirty (30) days by submitting an order to vacate this Order.

SO ORDERED.

DATED:  New York, New York
           July 25, 2012

_____
KEVIN THOMAS DUFFY
United States District Judge